**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6448**

─────────────

WILLIAM RAY VAWTER, JR.,

Plaintiff - Appellant,

versus

FRANKLIN  FREEMAN;  LYNN  PHILLIPS;  JUANITA
BAKER; HAZEL KEITH; JOHN DOE, various John
and/or Jane Does,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-96-121-5-CT-BO)

─────────────

Submitted:  October 23, 1997        Decided:  November 14, 1997

─────────────

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William Ray Vawter, Jr., Appellant Pro Se. Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Vawter v. Freeman</u>, No. CA-96-121-5-CT-BO (E.D.N.C. Feb. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>